# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| David Fernando Ayavaca Tenemea,<br><br>        Petitioner,<br><br>v.<br><br>Kristi Noemi, in her Official Capacity as the Secretary of the U.S. Department of Homeland Security;<br><br>Pamela Bondi, in her Official Capacity as the Attorney General of the United States<br><br>Kenneth Genalo, in his Official Capacity as New York Field Office Director for Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement<br><br>Joseph B. Edlow, in his Official Capacity as the Director of U.S. Citizenship and Immigration Services;<br><br>Sheriff Paul Arteta, in his Official Capacity as the Sheriff of Orange County, NY,<br><br>        Respondents. | Case No.  25-cv-9066<br><br>Judge:<br>Magistrate Judge:<br>_____<br>No request for jury trial<br><br><br>**PETITIONER'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>**ORAL ARGUMENT REQUESTED** |

Pursuant to Fed. R. Civ. P. 65, Petitioner, David Fernando Ayavaca Tenemea ("Petitioner") (A249-504-373), by and through undersigned counsel, hereby moves this Court for a Temporary Restraining Order and a Preliminary Injunction enjoining the Respondents in the above captioned matter from removing him from the United States until further order of this court. In support of this Motion, Petitioner relies upon the Verified Petition for Writ of Habeas Corpus and the Memorandum of Points and Authorities in Support of this motion submitted herewith, and the exhibits submitted with those documents.

WHEREFORE, Petitioner respectfully prays that the Court:

(a) grant Petitioner's Motion for a Temporary Restraining Order and Preliminary Injunction;

(b) enter an Order enjoining Respondents and their agents from removing Petitioner Ayavaca Tenemea from the United States until further order of the Court;

(c) enter an Order requiring Respondents to notify Petitioner's counsel and the Court five days in advance of any imminent removal, and

(d) grant Petitioner such other, further and additional relief as the Court deems just and appropriate.

Respectfully submitted,

_____
Argenis Steven Gonzalez
RALDIRIS & GONZALEZ PLLC
90 North Street, Suite 101
Middletown, New York 10940
Phone: (718) 210-3380
Direct: (718) 210-3255
Email: sgonzalez@rgattys.com

---

Petitioner is directed to review and comply with this Court's Individual Practices, in particular Rule 4(F), which concerns applications for injunctive relief, including emergency and/or temporary injunctive relief. Specifically, the Court will not consider issuance of a temporary restraining order prior to a conference with the parties, which conference shall be requested in strict accordance with the provisions of Rules 2(C) and 4(F) of the Court's Individual Practices, as well as Rule 65 of the Federal Rules of Civil Procedure.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        November 4, 2025