**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
DAVID FERNANDO AYAVACA TENEMEA,

                      Petitioner,              25 **CIVIL** 9066 (PMH)

      -against-                           **JUDGMENT**

KRISTI NOEMI, et al.,

                      Respondents.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated April 8, 2026, the Petition is DENIED and Petitioner's claims are dismissed; accordingly, judgment is entered in favor of Respondents and the case is closed.

**DATED:**  New York, New York
          April 10, 2026

                                      **TAMMI M. HELLWIG**
                                 ————————————————
                                     **Clerk of Court**

                 **BY:**         ————————————————
                              **Deputy Clerk**